**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 19-10211-TPA |
| | : | |
| William Joseph Armstrong, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| William Joseph Armstrong, | : | Docket No.: |
| Movant | : | |
| | : | |
| No Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS OF DEBTORS**

<u>Movant(s) Incorrect Address:</u>
1552 Georgetown Road
Sandy Lake, PA 16145

<u>Movant(s) Correct Address:</u>
872 Grove Street, Apartment 3
Meadville, PA 16335

Respectfully Submitted,

Date: March 25, 2019

/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtor