# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-10211-TPA |
| | : | |
| William Joseph Armstrong, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

January 11, 2019

January 18, 2019

January 25, 2019

February 1, 2019

February 8, 2019

February 15, 2019

February 22, 2019

March 1, 2019

**Next Payment Advice Expected (post-filing):**

March 8, 2019

C.B.                     ARMSTRONG, WILLIAM JOSEPH

STANDARD PRECISION MANUFACTURING
Quarterly Earnings Report
For the Period From Jan 1, 2019 to Jan 31, 2019

Filter Criteria includes: 1) Employee IDs: Armstrong-J. Report order is by Employee ID. Report is printed in Detail Format.

| Employee ID / Employee / Masked SS No | Date / Reference | Amount | Gross / State / OPtax / AccDisb / Garnishment / Soc_Sec_ER | Fed_Income / Local / CreditUnio / SUI / WageAssign / Medicare_E | Soc_Sec / K401 / DomRel / Ins / MISCDED / FUTA_ER | Medicare / VAC_Accrue / ToolAcct / PHEAA / AFLACPRE / SUI_ER |
|---|---|---|---|---|---|---|
| Armstrong-J / William J. Armstron / XXX-XX-5337 | 1/4/19 / 8503 | 807.98 | 1,127.63 / -33.87 / -1.00 / -17.37 / / -68.41 | -147.02 / -11.03 / / -0.68 / / -16.00 | -68.41 / / / / / -6.77 | -16.00 / / / / -24.27 / -124.62 |
| Armstrong-J / William J. Armstron / XXX-XX-5337 | 1/11/19 / 8524 | 751.77 | 1,042.75 / -31.27 / -1.00 / -17.37 / / -63.15 | -128.34 / -10.18 / / -0.63 / / -14.77 | -63.15 / / / / / -6.26 | -14.77 / / / / -24.27 / -115.24 |
| Armstrong-J / William J. Armstron / XXX-XX-5337 | 1/18/19 / 8546 | 751.77 | 1,042.75 / -31.27 / -1.00 / -17.37 / / -63.15 | -128.34 / -10.18 / / -0.63 / / -14.77 | -63.15 / / / / / -6.26 | -14.77 / / / / -24.27 / -115.24 |
| Armstrong-J / William J. Armstron / XXX-XX-5337 | 1/25/19 / 8568 | 812.00 | 1,133.71 / -34.06 / -1.00 / -17.37 ins / / -68.79 | -148.36 / -11.09 / / -0.68 / / -16.09 | -68.79 / / / / / -6.80 | -16.09 / / / / -24.27 ins / -125.29 |
| Total 1/1/19 thru 1/ | | 3,123.52 | 4,346.84 / -130.47 / -4.00 / -69.48 / / -263.50 | -552.06 / -42.48 / / -2.62 / / -61.63 | -263.50 / / / / / -26.09 | -61.63 / / / / -97.08 / -480.39 |
| Report Date Total f / William J. Armstron | | 3,123.52 | 4,346.84 / -130.47 / -4.00 / -69.48 / / -263.50 | -552.06 / -42.48 / / -2.62 / / -61.63 | -263.50 / / / / / -26.09 | -61.63 / / / / -97.08 / -480.39 |
| YTD Total for / William J. Armstron | | 3,123.52 | 4,346.84 / -130.47 / -4.00 / -69.48 / / -263.50 | -552.06 / -42.48 / / -2.62 / / -61.63 | -263.50 / / / / / -26.09 | -61.63 / / / / -97.08 / -480.39 |
| Summary Total / 1/1/19 thru 1/31/19 | | 3,123.52 | 4,346.84 / -130.47 / -4.00 / -69.48 / / -263.50 | -552.06 / -42.48 / / -2.62 / / -61.63 | -263.50 / / / / / -26.09 | -61.63 / / / / -97.08 / -480.39 |
| Report Date Final T / 1/1/19 thru 1/31/19 | | 3,123.52 | 4,346.84 / -130.47 / -4.00 | -552.06 / -42.48 | -263.50 | -61.63 |

STANDARD PRECISION MANUFACTURING<br>Quarterly Earnings Report<br>For the Period From Jan 1, 2019 to Jan 31, 2019

Filter Criteria includes: 1) Employee IDs: Armstrong-J. Report order is by Employee ID. Report is printed in Detail Format.

| Employee ID<br>Employee<br>Masked SS No | Date<br>Reference | Amount | Gross<br>State<br>OPtax<br>AccDisb<br>Garnishment<br>Soc_Sec_ER | Fed_Income<br>Local<br>CreditUnio<br>SUI<br>WageAssign<br>Medicare_E | Soc_Sec<br>K401<br>DomRel<br>Ins<br>MISCDED<br>FUTA_ER | Medicare<br>VAC_Accrue<br>ToolAcct<br>PHEAA<br>AFLACPRE<br>SUI_ER |
|---|---|---|---|---|---|---|
|  |  |  | -69.48 | -2.62 |  |  |
|  |  |  |  |  |  | -97.08 |
|  |  |  | -263.50 | -61.63 | -26.09 | -480.39 |
| Final YTD Total |  | 3,123.52 | 4,346.84<br>-130.47<br>-4.00 | -552.06<br>-42.48 | -263.50 | -61.63 |
|  |  |  | -69.48 | -2.62 |  |  |
|  |  |  |  |  |  | -97.08 |
|  |  |  | -263.50 | -61.63 | -26.09 | -480.39 |

STANDARD PRECISION MANUFACTURING
Current Earnings Report
For the Period From Feb 1, 2019 to Mar 1, 2019

Filter Criteria includes: 1) Employee IDs: Armstrong-J. Report order is by Check Number. Report is printed in Detail Format.

| Employee ID / Employee / Masked SS No | Date / Reference | Amount | Gross / State / OPtax / AccDisb / Garnishment / Soc_Sec_ER | Fed_Income / Local / CreditUnio / SUI / WageAssign / Medicare_ER | Soc_Sec / K401 / DomRel / Ins / MISCDED / FUTA_ER | Medicare / VAC_Accrue / ToolAcct / PHEAA / AFLACPRE / SUI_ER | Pay Typ | Pay Hr | Pay Amt |
|---|---|---|---|---|---|---|---|---|---|
| Armstrong-J / William J. Armstrong / XXX-XX-5337 | 2/1/19 / 8590 | 803.98 | 1,121.57 / -33.69 / -1.00 / -17.37 / / -68.03 | -145.68 / -10.97 / / -0.67 / / -15.91 | -68.03 / / / / / -6.73 | -15.91 / / / / -24.27 / -123.95 | Regular / Overtime | 44.00 / 1.50 | 1,067.00 / 54.57 |
| Armstrong-J / William J. Armstrong / XXX-XX-5337 | 2/8/19 / 8612 | 812.00 | 1,133.71 / -34.06 / -1.00 / -17.37 / / -68.79 | -148.36 / -11.09 / / -0.68 / / -16.09 | -68.79 / / / / / -6.80 | -16.09 / / / / -24.27 / -125.29 | Regular / Overtime | 40.00 / 4.50 | 970.00 / 163.71 |
| Armstrong-J / William J. Armstrong / XXX-XX-5337 | 2/15/19 / 8635 | 791.93 | 1,103.38 / -33.13 / -1.00 / -17.37 / / -66.90 | -141.68 / -10.79 / / -0.66 / / -15.65 | -66.90 / / / / / -2.39 | -15.65 / / / / -24.27 / -121.94 | Regular / Overtime | 44.00 / 1.00 | 1,067.00 / 36.38 |
| Armstrong-J / William J. Armstrong / XXX-XX-5337 | 2/22/19 / 8658 | 860.20 | 1,206.47 / -36.29 / -1.00 / -17.37 / / -73.30 | -164.36 / -11.82 / / -0.72 / / -17.14 | -73.30 | -17.14 / / / / -24.27 / -133.33 | Regular / Overtime | 40.00 / 6.50 | 970.00 / 236.47 |
| Armstrong-J / William J. Armstrong / XXX-XX-5337 | 3/1/19 / 8681 | 743.75 | 1,030.63 / -30.90 / -1.00 / -17.37 / / -62.39 | -125.68 / -10.06 / / -0.62 / / -14.59 | -62.39 | -14.59 / / / / -24.27 / -113.90 | Regular | 42.50 | 1,030.63 |
| Summary Total / 2/1/19 thru 3/1/19 | | 4,011.86 | 5,595.76 / -168.07 / -5.00 / -86.85 / / -339.41 | -725.76 / -54.73 / / -3.35 / / -79.38 | -339.41 / / / / / -15.92 | -79.38 / / / / -121.35 / -618.41 | Regular / Overtime | 210.50 / 13.50 | 5,104.63 / 491.13 |
| Report Date Final Total / 2/1/19 thru 3/1/19 | | 4,011.86 | 5,595.76 / -168.07 / -5.00 / -86.85 / / -339.41 | -725.76 / -54.73 / / -3.35 / / -79.38 | -339.41 / / / / / -15.92 | -79.38 / / / / -121.35 / -618.41 | Regular / Overtime | 210.50 / 13.50 | 5,104.63 / 491.13 |