UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF

PENNSYLVANIA

IN RE: WILLIAM JOSEPH ARMSTRONG        Case No. 19-10211
        Judge: THOMAS P. AGRESTI

        Chapter 13

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

      This Notice is to notify the Court that document number 13, Notice of Proof of Claim filed on May 15, 2019 by Creditor PNC BANK is withdrawn due to it being a duplicate claim that was filed.

Respectfully Submitted by:

By: /s/ Michelle Presley
    Michelle Presley
    PNC Bank, National Association
    P.O. Box 94982
    Cleveland, OH 44101-4982

    1-866-622-2657 Ext.