```
FILED
5/29/19 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA
```

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF
PENNSYLVANIA

IN RE: WILLIAM JOSEPH ARMSTRONG

Case No. 19-10211
Judge: THOMAS P. AGRESTI

Chapter 13

Rel to Doc No. 24

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

This Notice is to notify the Court that document number 13, Notice of Proof of Claim filed on May 15, 2019 by Creditor PNC BANK is withdrawn due to it being a duplicate claim that was filed.

SO ORDERED
May 29, 2019

*/s/ Thomas P. Agresti*
ljm

Respectfully Submitted by:

By: /s/ Michelle Presley
    Michelle Presley
    PNC Bank, National Association
    P.O. Box 94982
    Cleveland, OH 44101-4982

    1-866-622-2657 Ext.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-10211-TPA
William Joseph Armstrong                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil              Page 1 of 1           Date Rcvd: May 29, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db           +William Joseph Armstrong,    872 Grove Street,    Apartment 3,    Meadville, PA 16335-2412
cr           +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor William Joseph Armstrong dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    Flagstar Bank as servicer for New Residential Mortgage
               LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4