## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No:19-10211-TPA |
| | : | |
| William Joseph Armstrong, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| William Joseph Armstrong, | : | Docket No.: |
| Movant | : | |
| | : | |
| No Respondent. | : | |

### NOTICE OF CHANGE OF ADDRESS OF DEBTORS

Movant(s) Incorrect Address:
872 Grove Street
Apartment 3
Meadville, PA 16335

Movant(s) Correct Address:
21072 Steem Hill Road
Cochranton, PA 16314

                                                Respectfully Submitted,

Date:  August 27, 2019                        /s/ Daniel P. Foster, Esquire
                                                        Daniel P. Foster, Esquire
                                                        PA I.D. #92376
                                                        FOSTER LAW OFFICES, LLC
                                                        PO Box 966
                                                        Meadville, PA 16335
                                                         Tel: 814.724.1165
                                                        Fax: 814.724.1158
                                                        Dan@MrDebtBuster.com
                                                        Attorney for Debtor