**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 19-10211-TPA |
| | : | |
| **William Joseph Armstrong,** | : | **CHAPTER 13** |
| Debtor | : | |
| | : | **MOTION NO.: WO - 1** |
| **William Joseph Armstrong,** | : | |
| Movant, | : | **RELATED TO DOCUMENT NO. 38** |
| | : | |
| vs. | : | |
| | : | |
| **Standard Precision Manufacturing,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: September 20, 2019            By: /s/ Clarissa Bayhurst
                                           CLARISSA BAYHURST, PARALEGAL
                                           FOSTER LAW OFFICES
                                           Po Box 966
                                           Meadville, PA 16335
                                           Tel 814.724.1165
                                           Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## MATRIX

**STANDARD PRECISION MANUFACTURING**
**13617 BROADWAY DRIVE**
**MEADVILLE, PA 16335**