**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/09/2022

IN RE:

WILLIAM JOSEPH ARMSTRONG
21072 STEEM HILL ROAD
COCHRANTON, PA 16314
XXX-XX-5337          Debtor(s)

Case No.19-10211 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/9/2022

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FLAGSTAR~RESIDENTIAL MORT/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **DIAMOND RESORTS FINANCIAL SVCS INC**<br>10600 W CHARLESTON BLVD<br>LAS VEGAS, NV 89135 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7805 |
| **NEW RESIDENTIAL MORTGAGE LLC**<br>C/O FLAGSTAR BANK FSB<br>5151 CORPORATE DR<br>TROY, MI 48098 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: SURR/PL*118,388.90/CL*BGN 4/19 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0985 |
| **US BANK NA\*\***<br>PO BOX 5227<br>CINCINNATI, OH 45201-5227 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: CL4GOV*569/PL*573.35x(36+2)=LMT | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5121 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 5,654.85<br>COMMENT: BARCLAYS/DIAMONDS RESORTS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5421 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 4,030.35<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4060 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 3,071.33<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7370 |
| **CHASE BANK USA NA(\*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 5,140.64<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3398 |
| **CHASE BANK USA NA(\*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 4,582.06<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7680 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 4,852.27<br>COMMENT: CITIBANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8464 |

| Creditor | Trustee Claim | Court Claim | Claim Amount | Cred Desc | Account No. | Comment |
|---|---|---|---|---|---|---|
| CLEVELAND CLINIC<br>POB 931517<br>CLEVELAND, OH 44193-1655 | 11 | | 0.00 | UNSECURED CREDITOR | 1905 | NT ADR/SCH |
| DIRECTV LLC BY AMERICAN INFOSOURCE LP<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | 12 | 7 | 148.39 | UNSECURED CREDITOR | 1245 | |
| DISCOVER BANK(*)<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | 13 | 1 | 9,927.57 | UNSECURED CREDITOR | 4081 | |
| FIRST NATIONAL BANK OF PA(*)<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | 14 | | 0.00 | UNSECURED CREDITOR | 0713 | NO$~INFO ONLY/SCH |
| H AND R ACCOUNTS<br>5320 22ND AVE<br>MOLINE, IL 61265 | 15 | | 0.00 | UNSECURED CREDITOR | 2125 | NT ADR~MEADVILLE MDCL CNTR/SCH |
| H AND R ACCOUNTS<br>5320 22ND AVE<br>MOLINE, IL 61265 | 16 | | 0.00 | UNSECURED CREDITOR | 3816 | NT ADR~MEADVILLE CARDIOLOGY/SCH |
| CAPITAL ONE NA**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 17 | 6 | 318.27 | UNSECURED CREDITOR | 4904 | KOHL'S |
| PNC BANK NA<br>POB 94982<br>CLEVELAND, OH 44101 | 18 | 12 | 10,564.64 | UNSECURED CREDITOR | 3043 | |
| ROI/RECEIVABLES OUTSOURCING INC<br>PO BOX 549<br>TIMONIUM, MD 21094 | 19 | | 0.00 | UNSECURED CREDITOR | 3807 | CLEVELAND CLNC/SCH |
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | 20 | | 0.00 | UNSECURED CREDITOR | 4877 | NT ADR~NO$~WALMART~INFO ONLY/SCH |

All trustee claims have INT %: 0.00%

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **MEADVILLE CARDIOLOGY CONSULTAN**<br>765 LIBERTY ST STE 105<br><br>MEADVILLE, PA 16335 | Trustee Claim Number: 21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MEADVILLE MEDICAL CENTER**<br>1034 GROVE STREET<br><br>MEADVILLE, PA 16335 | Trustee Claim Number: 22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **URSELA CHESS**<br>11215 PETTIS RD<br><br>MEADVILLE, PA 16335 | Trustee Claim Number: 23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **NEW RESIDENTIAL MORTGAGE LLC**<br>C/O FLAGSTAR BANK FSB<br>5151 CORPORATE DR<br>TROY, MI 48098 | Trustee Claim Number: 24 INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: SURR/PL*C=51.96 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0985 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 25 INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 0.00<br>COMMENT: ACCT NT/SCH*SEE CL 12*CL @ 10564.64 W/DRAWN-DOC 24, 28 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3043 |
| **US BANK NA****<br>PO BOX 5227<br><br>CINCINNATI, OH 45201-5227 | Trustee Claim Number: 26 INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 568.04<br>COMMENT: CL4GOV*$0/PL*ARRS~THRU 2/19 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5121 |