Certificate Number: 03088-PAW-DE-036533908

Bankruptcy Case Number: 19-10211



03088-PAW-DE-036533908

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 9, 2022, at 2:08 o'clock PM CDT, William J Armstrong completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: May 9, 2022        By: /s/Doug Tonne

                         Name: Doug Tonne

                         Title: Counselor