**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 19-10211-TPA |
| | : | |
| William Joseph Armstrong, | : | CHAPTER 13 |
| Debtor | : | |
| | : | MOTION NO.: WO - 1 |
| William Joseph Armstrong, | : | |
| Movant, | : | RELATED TO DOCUMENT NO. 56 |
| | : | |
| vs. | : | |
| | : | |
| Standard Precision Manufacturing, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: May 26, 2022                        By: /s/ Kaitlyn E. Vale
                                                                        KAITLYN E. VALE, PARALEGAL
                                                                        FOSTER LAW OFFICES
                                                                        1210 Park Avenue
                                                                        Meadville, PA 16335
                                                                        Tel 814.724.1165
                                                                        Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**STANDARD PRECISION MANUFACTURING**
**13617 BROADWAY DRIVE**
**MEADVILLE, PA 16335**