Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **William Joseph Armstrong** | : | Case No. 19−10211−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| v. | : | Related to Document No. 57 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 7/27/22 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 26th of May, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 57 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  *On or before July 11, 2022*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2)  This *Motion* is scheduled for hearing on *July 27, 2022 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10211-TPA |
| William Joseph Armstrong | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: May 26, 2022 | Form ID: 300a | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Joseph Armstrong, 21072 Steem Hill Road, Cochranton, PA 16314-2614 |
| 15005992 | + | Meadville Cardiology Consultants, 765 Liberty Street, Meadville, PA 16335-2566 |
| 15015640 | + | ROI, PO Box 549, Lutherville Timonium, MD 21094-0549 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15005982 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 26 2022 23:55:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15052130 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:03 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15005983 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:03 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15047304 | | Email/PDF: bncnotices@becket-lee.com | May 26 2022 23:54:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15030662 | + | Email/Text: RASEBN@raslg.com | May 26 2022 23:55:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15005985 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 00:04:39 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15015638 | | Email/Text: bnc-capio@quantum3group.com | May 26 2022 23:55:00 | Cleveland Clinic, PO Box 89410, Cleveland, OH 44101-6410 |
| 15015639 | | Email/Text: G06041@att.com | May 26 2022 23:55:00 | DIRECTV, PO Box 6550, Englewood, CO 80155 |
| 15005987 | | Email/Text: mrdiscen@discover.com | May 26 2022 23:54:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15005986 | + | Email/Text: bankruptcy@diamondresorts.com | May 26 2022 23:55:00 | Diamond Resorts FS, 10600 West Charleston Boulevard, Las Vegas, NV 89135-1260 |
| 15047399 | | Email/Text: G06041@att.com | May 26 2022 23:55:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15010938 | | Email/Text: mrdiscen@discover.com | May 26 2022 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15051679 | | Email/Text: cashiering-administrationservices@flagstar.com | May 26 2022 23:55:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 15005988 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 26 2022 23:55:00 | First National Bank Of Pa, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15005989 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 26 2022 23:55:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI |

District/off: 0315-1 | User: auto | Page 2 of 3
Date Rcvd: May 26, 2022 | Form ID: 300a | Total Noticed: 29

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 48098-2639 |
| 15005990 | + | Email/Text: bankruptcy@avadynehealth.com | May 26 2022 23:55:00 | H & R Accounts Inc, 7017 John Deere Parkway, Moline, IL 61265-8072 |
| 15005984 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2022 23:54:02 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 15005991 | + | Email/Text: PBNCNotifications@peritusservices.com | May 26 2022 23:54:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15043226 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 23:54:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15005993 | + | Email/Text: mwetherbee@mmchs.org | May 26 2022 23:55:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 15052411 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 23:55:00 | PNC BANK, N.A., P.O. BOX 94982, CLEVELAND, OH 44101 |
| 15005994 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 23:55:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15049612 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:53:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15005995 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:00 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15037766 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 26 2022 23:55:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 15005996 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 26 2022 23:55:00 | Us Bank, Po Box 5227, Cincinnati, OH 45201 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Flagstar Bank as servicer for New Residential Mort |
| cr | | New Residential Mortgage LLC |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: 300a | Total Noticed: 29 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Flagstar Bank as servicer for New Residential Mortgage LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New Residential Mortgage LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor William Joseph Armstrong dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor New Residential Mortgage LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |

TOTAL: 7