**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM JOSEPH ARMSTRONG<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>          Movant<br>      vs.<br>No Respondents. | Case No.:19-10211 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

May 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/06/2019 and confirmed on 5/24/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 28,768.98 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 28,768.98 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 1,380.21 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,880.21 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0985 | | | | |
|   NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0985 | | | | |
|   DIAMOND RESORTS FINANCIAL SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7805 | | | | |
|   US BANK NA** | 0.00 | 21,213.95 | 0.00 | 21,213.95 |
|     Acct: 5121 | | | | |
|   US BANK NA** | 568.04 | 568.04 | 0.00 | 568.04 |
|     Acct: 5121 | | | | |
| | | | | 21,781.99 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM JOSEPH ARMSTRONG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 5,654.85 | 246.70 | 0.00 | 246.70 |
|     Acct: 5421 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 4,030.35 | 175.83 | 0.00 | 175.83 |
|     Acct: 4060 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 3,071.33 | 133.99 | 0.00 | 133.99 |
|     Acct: 7370 | | | | |
|   CHASE BANK USA NA(*) | 5,140.64 | 224.28 | 0.00 | 224.28 |
|     Acct: 3398 | | | | |
|   CHASE BANK USA NA(*) | 4,582.06 | 199.91 | 0.00 | 199.91 |
|     Acct: 7680 | | | | |
|   LVNV FUNDING LLC | 4,852.27 | 211.69 | 0.00 | 211.69 |

19-10211 TPA                                                                                          Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
| Acct: 8464 | | | | |
| CLEVELAND CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1905 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 148.39 | 6.47 | 0.00 | 6.47 |
| Acct: 1245 | | | | |
| DISCOVER BANK(*) | 9,927.57 | 433.11 | 0.00 | 433.11 |
| Acct: 4081 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0713 | | | | |
| H AND R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2125 | | | | |
| H AND R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3816 | | | | |
| CAPITAL ONE NA** | 318.27 | 13.89 | 0.00 | 13.89 |
| Acct: 4904 | | | | |
| PNC BANK NA | 10,564.64 | 460.91 | 0.00 | 460.91 |
| Acct: 3043 | | | | |
| ROI/RECEIVABLES OUTSOURCING INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3807 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4877 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3043 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| URSELA CHESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MEADVILLE CARDIOLOGY CONSULTAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,106.78 |

| | | | | |
|---|---|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | | | 23,888.77 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 568.04 |
| UNSECURED | 48,290.37 |

Date: 05/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
WILLIAM JOSEPH ARMSTRONG

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-10211 TPA

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 19-10211-TPA
William Joseph Armstrong | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: May 26, 2022     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Joseph Armstrong, 21072 Steem Hill Road, Cochranton, PA 16314-2614 |
| 15005992 | + | Meadville Cardiology Consultants, 765 Liberty Street, Meadville, PA 16335-2566 |
| 15015640 | + | ROI, PO Box 549, Lutherville Timonium, MD 21094-0549 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15005982 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 26 2022 23:55:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15052130 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:53:35 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15005983 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:27 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15047304 | | Email/PDF: bncnotices@becket-lee.com | May 26 2022 23:54:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15030662 | + | Email/Text: RASEBN@raslg.com | May 26 2022 23:55:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15005985 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 23:54:30 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15015638 | | Email/Text: bnc-capio@quantum3group.com | May 26 2022 23:55:00 | Cleveland Clinic, PO Box 89410, Cleveland, OH 44101-6410 |
| 15015639 | | Email/Text: G06041@att.com | May 26 2022 23:55:00 | DIRECTV, PO Box 6550, Englewood, CO 80155 |
| 15005987 | | Email/Text: mrdiscen@discover.com | May 26 2022 23:54:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15005986 | + | Email/Text: bankruptcy@diamondresorts.com | May 26 2022 23:55:00 | Diamond Resorts FS, 10600 West Charleston Boulevard, Las Vegas, NV 89135-1260 |
| 15047399 | | Email/Text: G06041@att.com | May 26 2022 23:55:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15010938 | | Email/Text: mrdiscen@discover.com | May 26 2022 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15051679 | | Email/Text: cashiering-administrationservices@flagstar.com | May 26 2022 23:55:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 15005988 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 26 2022 23:55:00 | First National Bank Of Pa, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15005989 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 26 2022 23:55:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI |

Case 19-10211-TPA   Doc 63   Filed 05/28/22   Entered 05/29/22 00:25:10   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 48098-2639 |
| 15005990 | + | Email/Text: bankruptcy@avadynehealth.com | May 26 2022 23:55:00 | H & R Accounts Inc, 7017 John Deere Parkway, Moline, IL 61265-8072 |
| 15005984 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2022 23:54:24 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 15005991 | + | Email/Text: PBNCNotifications@peritusservices.com | May 26 2022 23:54:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15043226 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 23:54:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15005993 | + | Email/Text: mwetherbee@mmchs.org | May 26 2022 23:55:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 15052411 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 23:55:00 | PNC BANK, N.A., P.O. BOX 94982, CLEVELAND, OH 44101 |
| 15005994 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 23:55:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15049612 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:53:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15005995 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:03 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15037766 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 26 2022 23:55:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 15005996 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 26 2022 23:55:00 | Us Bank, Po Box 5227, Cincinnati, OH 45201 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Flagstar Bank as servicer for New Residential Mort |
| cr | | New Residential Mortgage LLC |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 29 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Flagstar Bank as servicer for New Residential Mortgage LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New Residential Mortgage LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor William Joseph Armstrong dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor New Residential Mortgage LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |

TOTAL: 7