**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> WILLIAM JOSEPH ARMSTRONG <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:19-10211 TPA <br><br> Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/06/2019 and confirmed on 05/24/2019 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 31,172.03 |
| Less Refunds to Debtor | 2,403.05 | |
| TOTAL AMOUNT OF PLAN FUND | | 28,768.98 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 1,380.21 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,880.21 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0985 | | | | |
|   NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0985 | | | | |
|   DIAMOND RESORTS FINANCIAL SVCS IN( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7805 | | | | |
|   US BANK NA** | 0.00 | 21,213.95 | 0.00 | 21,213.95 |
|     Acct: 5121 | | | | |
|   US BANK NA** | 568.04 | 568.04 | 0.00 | 568.04 |
|     Acct: 5121 | | | | |
| | | | | 21,781.99 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM JOSEPH ARMSTRONG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM JOSEPH ARMSTRONG | 2,403.05 | 2,403.05 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 5,654.85 | 246.70 | 0.00 | 246.70 |
| Acct: 5421 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 4,030.35 | 175.83 | 0.00 | 175.83 |
| Acct: 4060 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,071.33 | 133.99 | 0.00 | 133.99 |
| Acct: 7370 | | | | |
| CHASE BANK USA NA(*) | 5,140.64 | 224.28 | 0.00 | 224.28 |
| Acct: 3398 | | | | |
| CHASE BANK USA NA(*) | 4,582.06 | 199.91 | 0.00 | 199.91 |
| Acct: 7680 | | | | |
| LVNV FUNDING LLC | 4,852.27 | 211.69 | 0.00 | 211.69 |
| Acct: 8464 | | | | |
| CLEVELAND CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1905 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 148.39 | 6.47 | 0.00 | 6.47 |
| Acct: 1245 | | | | |
| DISCOVER BANK(*) | 9,927.57 | 433.11 | 0.00 | 433.11 |
| Acct: 4081 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0713 | | | | |
| H AND R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2125 | | | | |
| H AND R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3816 | | | | |
| CAPITAL ONE NA** | 318.27 | 13.89 | 0.00 | 13.89 |
| Acct: 4904 | | | | |
| PNC BANK NA | 10,564.64 | 460.91 | 0.00 | 460.91 |
| Acct: 3043 | | | | |
| ROI/RECEIVABLES OUTSOURCING INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3807 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4877 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3043 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| URSELA CHESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MEADVILLE CARDIOLOGY CONSULTAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,106.78 |

TOTAL PAID TO CREDITORS                                                                            23,888.77

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 568.04 |
| UNSECURED | 48.290.37 |

Date: 07/14/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com