IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/14/22 2:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
WILLIAM JOSEPH ARMSTRONG

      Debtor(s)

Ronda J. Winnecour
      Movant
   vs.
No Repondents.

Case No.:19-10211 TPA

Chapter 13

Document No.: 57

## ORDER OF COURT

AND NOW, this __14th__ day of __July__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

nms

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10211-TPA |
| William Joseph Armstrong | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Joseph Armstrong, 21072 Steem Hill Road, Cochranton, PA 16314-2614 |
| 15005992 | + | Meadville Cardiology Consultants, 765 Liberty Street, Meadville, PA 16335-2566 |
| 15015640 | + | ROI, PO Box 549, Lutherville Timonium, MD 21094-0549 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15005982 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 14 2022 23:30:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15052130 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2022 23:33:55 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15005983 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2022 23:33:55 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15047304 | | Email/PDF: bncnotices@becket-lee.com | Jul 14 2022 23:33:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15030662 | + | Email/Text: RASEBN@raslg.com | Jul 14 2022 23:29:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15005985 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2022 23:33:58 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15015638 | | Email/Text: bnc-capio@quantum3group.com | Jul 14 2022 23:30:00 | Cleveland Clinic, PO Box 89410, Cleveland, OH 44101-6410 |
| 15015639 | | Email/Text: G06041@att.com | Jul 14 2022 23:30:00 | DIRECTV, PO Box 6550, Englewood, CO 80155 |
| 15005987 | | Email/Text: mrdiscen@discover.com | Jul 14 2022 23:29:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15005986 | + | Email/Text: bankruptcy@diamondresorts.com | Jul 14 2022 23:30:00 | Diamond Resorts FS, 10600 West Charleston Boulevard, Las Vegas, NV 89135-1260 |
| 15047399 | | Email/Text: G06041@att.com | Jul 14 2022 23:30:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15010938 | | Email/Text: mrdiscen@discover.com | Jul 14 2022 23:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15051679 | | Email/Text: cashiering-administrationservices@flagstar.com | Jul 14 2022 23:30:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 15005988 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 14 2022 23:29:00 | First National Bank Of Pa, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15005989 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 14 2022 23:30:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI |

Case 19-10211-TPA    Doc 71    Filed 07/16/22    Entered 07/17/22 00:25:09    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | 48098-2639 |
| 15005990 | + Email/Text: bankruptcy@avadynehealth.com | Jul 14 2022 23:30:00 | | H & R Accounts Inc, 7017 John Deere Parkway, Moline, IL 61265-8072 |
| 15005984 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 14 2022 23:33:54 | | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 15005991 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 14 2022 23:29:00 | | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15043226 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:33:50 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15005993 | + Email/Text: mwetherbee@mmchs.org | Jul 14 2022 23:30:00 | | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 15052411 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:29:00 | | PNC BANK, N.A., P.O. BOX 94982, CLEVELAND, OH 44101 |
| 15005994 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:29:00 | | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15049612 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:33:41 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15015640 | + Email/Text: info@bolderhealthcare.com | Jul 14 2022 23:29:00 | | ROI, PO Box 549, Lutherville Timonium, MD 21094-0549 |
| 15005995 | + Email/PDF: gecsedi@recoverycorp.com | Jul 14 2022 23:33:47 | | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15037766 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 14 2022 23:30:00 | | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 15005996 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 14 2022 23:30:00 | | Us Bank, Po Box 5227, Cincinnati, OH 45201 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Flagstar Bank as servicer for New Residential Mort |
| cr | | New Residential Mortgage LLC |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2022        Signature:        /s/Gustava Winters

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 29 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Flagstar Bank as servicer for New Residential Mortgage LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New Residential Mortgage LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor William Joseph Armstrong dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor New Residential Mortgage LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |

TOTAL: 7